# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Ryan C. DRISCOLL<br>2979 Grasmere Avenue<br>Columbus, OH 43224<br>*Defendant(s)* | Case No. 2:25-mj-439 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2025-July 2025 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252 and 2252A | Possession, Distribution, and/or Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

ANNA S EDGAR
Digitally signed by ANNA S EDGAR
Date: 2025.07.29 08:01:58 -04'00'

*Complainant's signature*

HSI SA Anna Edgar
*Printed name and title*

Sworn to before me and signed in my presence.
Via FaceTime

Date: July 29, 2025

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge