UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | **Case No.:** 2:25-mj-439 |
| **United States of America** ) | |
| v. ) | |
| **Ryan C. DRISCOLL** ) | **Magistrate Judge** Deavers |
| **2979 Grasmere Ave** ) | |
| **Columbus, OH 43224** ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Anna Edgar, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

### INTRODUCTION

1. Your affiant, assigned to the HSI Office of the Assistant Special Agent in Charge (ASAC) in Columbus, Ohio, makes this affidavit in support of a criminal complaint to arrest Ryan C. Driscoll (**DRISCOLL**) for a violation of Title 18 United States Code (U.S.C.) Sections (§§) 2252 and 2252A –receipt, distribution, and/or possession of child pornography. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable case. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **DRISCOLL** committed the violation listed above.

2. Your affiant has been employed by HSI since January 2010. Your affiant gained experience through completion of the Federal Criminal Investigator Training Program (CITP) and completion of the Immigration and Customs Enforcement Special Agent Training (ICESAT) program. Your affiant's primary duties are and have been the investigation of violations of Titles 8, 18, 19, and 21 of the United States Code. Your affiant has received specialized training and has experience in the above areas. Your affiant has completed numerous applications for criminal complaints, summonses, and search warrants. Your affiant has been assigned to the Franklin County Internet Crimes Against Children (ICAC) Task Force since 2019, where she has conducted and assisted with investigations involving child exploitation and child sexual abuse.

3. The information set forth in this affidavit is based upon evidence that has been gathered and your affiant's observations and experiences, as well as those of co-workers and other law enforcement officers.

### FACTS SUPPORTING PROBABLE CAUSE

4. On or about June 30, 2025, HSI Columbus received information from HSI The Hague and the Department of Homeland Security (DHS) Cyber Crimes Center Child Exploitation Unit in regard to the online activity of an individual utilizing an end-to-end encrypted application (hereinafter referred to as "Application A").

1

5. According to the information received, user "diaperundiesdude," now known to be Ryan C. **DRISCOLL,** was identified by a European law enforcement agency as being a member of multiple groups within "Application A" that are dedicated to the distribution of child sexual abuse material.

6. On or about June 29, 2025, **DRISCOLL,** while utilizing the username "diaperundiesdude" was observed posting in a group called "NL IRL Share" on "Application A". The post included an image of a fully clothed female child that appeared to be between the ages of 6-9 years old. After posting the image, "diaperundiesdude" posted the message, "Daughter 7", implying that the image was of his seven-year-old daughter[1]. Based on my training and experience, "NL IRL Share" is a shortened expression meaning "No Limits in Real Life Share".

7. Subsequent to the post, **DRISCOLL** engaged in a private chat with another user from within the "NL IRL Share" group. The other user asked **DRISCOLL** if the image he posted was in fact his daughter. **DRISCOLL** confirmed the image was of his daughter and stated he has been sexually abusing the child since she was born and that she currently lives with him. **DRISCOLL** responded to the user, "I started mine her first day home. Oral and finger her ass and rub her pussy…I'm going slow to open her up.

8. During further review of the online activity of **DRISCOLL**, law enforcement observed **DRISCOLL** was in several other groups that were dedicated to the distribution of child sexual abuse material. The names of these groups all start with the acronym "CP". Based on my training and experience, the acronym "CP" means child pornography. **DRISCOLL** was a member of the following groups within "Application A" in addition to the "NL IRL Share" group:
   - CP-TEENS
   - CP-Zoo
   - CP-Trans/Gay
   - CP- Hurtcore

9. Law enforcement reviewed the online activities of the group "CP-Hurtcore" and observed there were approximately 502 members in the group, including the user **DRISCOLL**. The group chatlog revealed **DRISCOLL** had entered the group on or about June 29, 2025, and had remained a member at the time HSI The Hague had provided HSI Columbus with information about this user. During this timeframe, dozens of child sexual abuse images and videos were shared amongst members of the group. The following examples are just some of the images and videos observed by law enforcement within the "CP-Hurtcore" group.
   (a) On June 29, 2025, an image was posted depicting a prepubescent female, approximately 2 – 4 years of age, lying naked on her back. The child's legs are up in the air and spread, exposing her vagina and anus.
   (b) On June 29, 2025, a video was posted depicting an adult male's erect penis touching the anus of an infant.
   (c) On June 29, 2025, a video was posted depicting an adult male's penis anally penetrating a female toddler.
   (d) On June 30, 2025, a video was posted depicting an adult male's hand touching the vagina of a prepubescent child. The video was captioned, "Little Infants Pussy."

---

[1] For purposes of this affidavit, your affiant would note that **DRISCOLL** does not have a seven-year-old daughter and his representation of such was false as well as the fat that he resided with any child as later outlined.

(e) On June 30, 2025, a series of images were posted depicting a prepubescent female, approximately 6 – 9 years of age. The child is naked, lying on a bed. In some of the images an adult male's penis is touching the vagina of the child. In other images, an adult male's hand is holding a knife to the child. The words "cut me slut hurt me" are written in a blood-like liquid on the child's chest.

10. On or about July 12, 2025, HSI Columbus received additional information related to the online activities of **DRISCOLL** while utilizing the name "diaperundiesdude". As part of a separate investigation, on or about July 9, 2025, HSI Kansas City executed a state search warrant at the residence of a subject using "Application A". The subject's "Application A" username is "REDACTED[2]". During a search of the residence of "REDACTED", law enforcement seized several SD cards and cellular phones belonging to "REDACTED", that were later found to contain over 500 gigabytes of child sexual abuse material during a forensic examination. Furthermore, "Application A" was found to be installed and logged-in to on one of "REDACTED" cell phones.

11. Investigators interviewed "REDACTED", who admitted to the possession and distribution of child sexual abuse material and stated that he was a moderator of several groups on "Application A" where child sexual abuse material is shared. "REDACTED" provided consent to allow law enforcement to assume his identity online for the purpose of conducting further investigations.

12. On or about July 11, 2025, law enforcement logged-in to "REDACTED" account on "Application A" and observed a private conversation between "REDACTED" and **DRISCOLL** who was utilizing the "diaperundiesdude" username. **DRISCOLL** sent "REDACTED" several images of two fully clothed infants that he claimed to be sexually abusing and stated one of the infants was his and the other belonged to his "meth addicted" girlfriend. **DRISCOLL** then received from "REDACTED" approximately nine images of child sexual abuse material, which included one image where an adult male's penis was touching the vagina of an infant and several images of toddlers with their vaginas exposed. "REDACTED" described sexually abusing his daughters since they were infants and both he and **DRISCOLL** discussed incest. After sending the child sexual abuse material, **DRISCOLL** and "REDACTED" continued to communicate. Since law enforcement has become aware of **DRISCOLL** at the end of June 2025, investigators have observed **DRISCOLL** to be continuously active within "Application A".

13. Using various law enforcement tools, investigators were able to identify several IP addresses associated with "diaperundiesdude", including IP address 174.207.106.86. According to publicly available information, IP address 174.207.106.86 is resolved to Verizon Wireless. An exigent request for information and a subsequent subpoena to Verizon Wireless was submitted and return results revealed a cellular device, with assigned phone number (380) 239-0663, was associated with the identified IP addresses. A review of the subscriber records for phone number (380) 239-0663 revealed the associated cellular device was a "TracFone" that was activated on June 21, 2025. No further subscriber information was provided.

14. Toll data and historical cell tower data from Verizon was then obtained for the timeframe of June 21, 2025 to June 30, 2025. Verizon provided a significant number of historical cell data location points that resolved to the greater Columbus, Ohio area.

---

[2] The username of this child exploitation target from Kansas is known to law enforcement but has been redacted for purposes of protecting the integrity of the investigation.

15. On or about June 30, 2025, a subpoena was issued to Google for phone number (380) 239- 0663.  A review of the results from Google revealed phone number (380) 239-0663 was associated with the email account diaperundiesdude@gmail.com. The account diaperundiesdude@gmail.com was created on July 2, 2024.  While reviewing the IP activity logs associated with the Google account, investigators observed dozens of log-in events during the timeframe of October 3, 2024 to June 30, 2025.  The following two devices were listed as accessing the diaperundiesdude@gmail.com account:
    - TCL T434D Android with IMEI 016500001198432 and Serial Number Scarab_Lite_TF:6X9949TW75FI45I7. The device was first observed by Google on February 15, 2025, and last connected on June 29, 2025.
    - Motorola Moto G 2025 with IMEI 354536624929134 and Serial Number kansas:ZY32LBN265. The device was first observed by Google on June 21, 2025, and had connected as recently as the date of compliance of the subpoena.

16. On or about June 30, 2025, an exigent request for information and a subsequent subpoena was issued to TracFone.  And law enforcement learned the cellular device associated with phone number (380) 239-0663 has a corresponding IMEI of 354536624929134, which is the same IMEI as the device accessing the diaperundiesdude@gmail.com account.  Furthermore, the cellular device was purchased at a Walmart store located at 2700 Bethel Rd, Columbus, OH 43220 (Store 3812), on June 21, 2025, at 12:49 p.m. at register 70. A subpoena was issued to Walmart for purchase records and surveillance footage associated with the purchase of the TracFone on June 21, 2025 and revealed **DRISCOLL** paid for the phone with cash. **DRISCOLL** was seen on surveillance footage driving away in a silver 2009 Honda Civic, bearing Ohio license plate GVR3937.

17. A review of Ohio Bureau of Motor Vehicle records revealed the 2009 Honda Civic is registered to **DRISCOL** at 2979 Grasmere Ave, Columbus, OH 43224.

18. Law enforcement also learned **DRISCOLL** is a Tier II sexual offender, having been convicted of 18 USC 2252(a)(2)- Possession of Child Pornography under case number 2:11-CR-18 on August 8, 2012.  His case was assigned to Judge Marbley and he was sentenced to five years imprisonment and 10 years of supervised release.

19. Furthermore, your affiant learned that in 2023, HSI Columbus investigated **DRISCOLL** for communicating with an undercover HSI agent on Telegram about the sexual abuse of children while he was on federal supervised release. **DRISCOLL** admitted to purchasing an Android smartphone with cash at a nearby Dollar store and throwing away the receipt and packaging. During the search, law enforcement observed a wooden chest with various baby items including infant size diapers, swim diapers, infant onesies, pacifiers, baby bottles, children's underwear, a backpack diaperbag and toys. There were children's underwear, diapers, and Paw Patrol bed sheets located in various other places throughout the house including under **DRISCOLL**'s mattress in his bedroom.  In October 2023, **DRISCOLL** was convicted of violating the terms and conditions of his probation and sentenced to an additional nine months of incarceration and 10 years of supervision by Judge Marbley. **DRISCOLL** was released from custody in June 2024 and is currently under federal supervision at this time.

20. Based on the analysis of the historical cell tower data provided by Verizon Wireless for phone number (380) 239-0663, **DRISCOLL**'s residence located at 2979 Grasmere Ave, Columbus, OH and his place of employment, located at 883 E. Hudson St, Columbus, OH are both located within the several block radius previously identified for the user of the cellular device which was utilized to access child sexual abuse material.

21. Based upon the above information, your affiant submits that there is probable cause to believe that Ryan C. **DRISCOLL** has committed offenses in violation of 18 U.S.C. Sections 2252 and 2252A – the distribution, receipt, and possession of child pornography. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

ANNA S EDGAR
Digitally signed by ANNA S EDGAR
Date: 2025.07.29 08:03:05 -04'00'

Anna Edgar
Special Agent
Homeland Security Investigations

SWORN AND SUBSCRIBED TO BEFORE ME THIS <u>29th</u> DAY of July, 2025.



Elizabeth A. Preston Deavers
United States Magistrate Judge