# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

**United States of America**

-vs-  Case No. 2:25-mj-439

**Ryan Christopher Driscoll**

## COURTROOM MINUTES

| Judge: | Elizabeth A. Preston Deavers | Date and Time: | July 30, 2025 At 1:30 PM |
|---|---|---|---|
| Deputy Clerk: | Sherry Nichols | Counsel for Govt: | Nicole Pakiz |
| Record: | CourtSmart | Counsel for Deft(s). | Rosana Brown |
| Interpreter: | | Pretrial/Probation | Dennis McCafferty |

Initial Appearance

-Dft completed CJA financial affidavit, Counsel appointed.
-Dft advised of rights, charges, and potential penalties
-Government motions Court for detention hearing; Motion granted
-Government advised of Due Process Protections Act Order
-Detention hearing set for August 4, 2025 at 2:00 PM before Judge Jolson
-Preliminary hearing set for August 13, 2025 at 2:00 PM before Judge Jolson
-Government Motions Court to unseal case; Motion granted
-Dft remanded